**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRUNO ANEZIO DE SOUZA, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-CV-01209-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| LEONARD ODDO, *Warden*, et. al, | ) | |
| | ) | |
| Respondents, | | |

**<u>ORDER</u>**

For the reasons stated in *Deh v. Warden Moshannon Valley Processing Center, et al.*, No. 3:26-CV-00738-MJH, 2026 WL 1255947 (W.D. Pa. May 7, 2026), the Habeas Petition is GRANTED IN PART, as follows:

Respondents shall cause Petitioner to be taken to a neutral immigration judge of the Executive Office of Immigration Review for an individualized bond hearing to occur within thirty (30) days of this order, or else release Petitioner by such date. This timeline may be extended by Petitioner upon a motion to the immigration judge. Respondents shall ensure that the hearing include the required due process, including, at a minimum, factfinding based upon a record produced before a decisionmaker and disclosed to Petitioner; an opportunity to make arguments on Petitioner's behalf; and the right to an individualized determination of Petitioner's interests. *See Ghanem v. Warden Essex Cnty. Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022). Petitioner shall be responsible for securing any necessary transcripts and record of the bond hearing.

1

IT IS FURTHER ORDERED that the Petition is DENIED in all other respects. The Clerk of

Court shall mark this case as closed.

BY THE COURT:

DATED: __July 21, 2026___

_____
Marilyn J. Horan
United States District Judge

Bruno Anezio De Souza
A#201-949-861
Moshannon Valley ICE Processing Center
SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE
555 GEO Drive
Philipsburg, PA 16866

2